### STATE v. W. G. LEWIS.

(Filed 14 December, 1907).

**Appeal and Error—Case—Service—Practice.**

> The Supreme Court will not consider a case on appeal when it does not appear to have been served upon opposing party and no case on appeal appears in the record proper.

INDICTMENT for seduction, tried before *Moore, J.,* and a jury, at November Term, 1905, of COLUMBUS Superior Court.

Verdict of guilty. Judgment, and the defendant excepted and appealed.

*Attorney-General* for the State.
*H. L. Lyon* for defendant.

PER CURIAM: No statement of case on appeal having been served on the Solicitor, or tendered, and no copy of the defendant's case on appeal having been served on him or accepted by him, and no case appearing in the record proper, the judgment is affirmed on authority of the case of *State v. Clenny,* 133 N. C., 662, and *State v. Cameron,* 121 N. C., 572.

Judgment Affirmed.